# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

### No. 99-20080
_____

## LYNDELL E. MADDOX,

**Plaintiff-Appellant,**

**versus**

## PENNUNION ENERGY SERVICES, LLC;
## PENNZOIL CO.,

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(H-97-CV-2241)**

_____

**November 5, 1999**

**Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges:**

**PER CURIAM:**[*]

   **AFFIRMED.** See 5th Cir. Rule 47.6.

---

   [*]   Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.